# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GREGORY DEAN TINNELL, CARLOS TITUS, CARLA WALLACE, DATREN EMBRY, DENETRIA HARMON, TRACY HARRIS, SAMUEL HEARNE, BARBARA HENDERSON, JACQUELINE JOHNSON, and GLORIA MOSLEY § § § § § § § | |
| *Plaintiffs*, § § | CIV. A. NO. 2:17-cv-00533 |
| v. § § | |
| THE CAMPBELL'S SOUP COMPANY, § § | |
| *Defendant*. § | |

## JOINT AND AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Gregory Dean Tinnell, Carlos Titus, Carla Wallace, Datren Embry, Denetria Harmon, Tracy Harris, Samuel Hearne, Barbara Henderson, Jacqueline Johnson, and Gloria Mosley and Defendant Campbell Soup Supply Company, L.L.C. file this Joint and Agreed Motion to Dismiss with Prejudice and move the Court for a dismissal of all causes of action raised or which could have been raised in this case, with prejudice against the Plaintiffs to re-file the same. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully request that all causes of action raised or which could have been raised in the above entitled and numbered case be dismissed with prejudice and that each party will be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted,

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Vasilios Manthos
vmanthos@equalrights.law
Texas State Bar No. 24100887
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas   78731
Telephone: (737) 808-2260
Facsimile: (737) 808-2262

*Of Counsel:*
James A. Vagnini
N.Y. State Bar No. 2958130
jvagnini@vkvlawyers.com
Monica Hincken
N.Y. State Bar No. 5351804
mhincken@vkvlawyers.com
**VALLI KANE & VAGNINI LLP**
600 Old Country Road, Suite 519
Garden City, New York   11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

*Counsel for Plaintiffs*

                                          */s/Michael D. Mitchell*
                                          Michael D. Mitchell
                                          Texas Bar No. 00784615
                                          Stephen E. Hart
                                          Texas Bar No. 00793911
                                          Sara A. Scott
                                          Texas Bar No. 24077842
                                          OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.
                                          500 Dallas, Suite 3000
                                          Houston, Texas   77002-4709
                                          (713) 655-5756 (telephone)
                                          (713) 655-0020 (facsimile)
                                          michael.mitchell@ogletree.com
                                          stephen.hart@ogletree.com

                                          ATTORNEYS FOR DEFENDANT,
                                          CAMPBELL SOUP SUPPLY COMPANY, L.L.C.


## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of August, 2018, the foregoing Motion was filed electronically with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Jay D. Ellwanger | OF COUNSEL: |
| Texas Bar No. 24036522 | James A. Vagnini |
| jellwanger@equalrights.law | N.Y. Bar No. 2958130 |
| Vasilios Manthos | jvagnini@vkvlawyers.com |
| Texas Bar No. 24100887 | Monica Hincken |
| vmanthos@ equalrights.law | N.Y. Bar No. 5351804 |
| ELLWANGER LAW LLLP | mhincken@vkvlawyers.com |
| 8310-1 N. Capital of Texas Hwy, Ste. 190 | VALLI KANE & VAGNINI, LLP |
| Austin, Texas   78731 | 600 Old Country Road, Suite 519 |
| (737) 808-2260 (telephone) | Garden City, New York   11530 |
| (737) 808-2262 (facsimile) | (516) 203-7180 (telephone) |
| **Counsel for Plaintiffs** | (516) 706-0248 (facsimile) |
| | **Counsel for Plaintiffs** |

                                          */s/ Michael D. Mitchell*
                                          Michael D. Mitchell